UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

GREGORY W. HOWARD,

    Plaintiff,

v.

TECH TRADING, INC.,

    Defendant.

---

Civil Action No.

05 11295 RWZ

RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the following corporate interests of Defendant, Tech Trading, Inc., are disclosed:

1. Parents:                          None
2. >10% Corporate Owners:            None

                                  **GIBSON & BEHMAN, P.C.**
                                  Attorneys for Defendant,
                                  Tech Trading, Inc.

By: _____
     Arthur E. Maravelis (BBO#564673)
     One Mountain Road
     Burlington, Massachusetts 01803
     Telephone: (781) 229-6667
     Facsimile: (781) 229-2368
     Email: amaravelis@gibsonbehman.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Robert Kraus, Esq, Kraus & Hummel, LLP 99A Court Street, Plymouth, MA 02360 (counsel for Plaintiff) by facsimile and first class mail and to the Civil Clerk, Plymouth Superior Court, Court Street, Plymouth, MA 02360 by hand delivery.

_____
Arthur E. Maravelis (564673)