UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREGORY W. HOAWRD,<br>    Plaintiff,<br><br>v.<br><br>TECH TRADING, INC.,<br>    Defendant. | )<br>)<br>)  CIVIL ACTION<br>)  NO.: 05-112950RWZ<br>)<br>)<br>) |

**MOTION OF DEFENDANT, TECH TRADING, INC., TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND TO VACATE THE STATE COURT'S ENTRY OF DEFAULT PURSUANT TO FED. R. CIV. P. 55(c)**

    Defendant, Tech Trading, Inc. ("Tech Trading"), moves to either dismiss this case pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure or refer it to alternative dispute resolution, mediation or arbitration before the American Arbitration Association. For the reasons set forth below, Tech Trading respectfully requests that this case be submitted to alternative dispute resolution, mediation or arbitration before the American Arbitration Association. In addition, Tech Trading moves to vacate the state court's entry of default pursuant to Rule 55(c) of the Federal Rules of Civil Procedure.

    Respectfully submitted,

**GIBSON & BEHMAN, P.C.**
Attorneys for Defendant, Tech Trading, Inc.

By:   Arthur E. Maravelis (564673)
One Mountain Road
Burlington, Massachusetts 01803
Telephone: (781) 229-6667
Facsimile: (781) 229-2368
Email: amaravelis@gibsonbehman.com

Dated: June 27, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Robert Kraus, Esq, Kraus & Hummel, LLP 99A Court Street, Plymouth, MA 02360 (counsel for Plaintiff) by first class mail and to the Civil Clerk, Plymouth Superior Court, Court Street, Plymouth, MA 02360 by hand delivery.

Arthur E. Maravelis (564673)

1