UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY W. HOWARD,  )<br>  Plaintiff  )<br>  )<br>v.  )<br>  )<br>TECH TRADING, INC.  )<br>  )<br>  Defendant.  ) | C.A.NO.:05-11295RWZ |

**AFFIDAVIT OF COMPLIANCE WITH LOCAL RULE 7.1**

I, Arthur E. Maravelis, counsel of record for the above-named Defendant, state the following:

1.  On June 27, 2005, I conferred with counsel for the Plaintiff pursuant to Local Rule 7.1 regarding Defendant's Motion to Dismiss and Vacate default.

2.  On the same date, counsel for the Plaintiff, Robert Krauss informed us that he could not assent.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 27th DAY OF JUNE, 2005.

Respectfully submitted,
The Defendant, Tech Trading, Inc.
By its Attorneys,

_____
Arthur E. Maravelis (BBO #564673)
GIBSON & BEHMAN, P.C.
One Mountain Road
Burlington, MA 01803
(781) 229-6667
amaravelis@gibsonbehman.com

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Robert Kraus, Esq. Kraus & Hummel, LLP 99A Court Street, Plymouth, MA 02360 (counsel for Plaintiff) by first class mail and to the Civil Clerk, Plymouth Superior Court, Court Street, Plymouth, MA 02360 by hand delivery.

_____
Arthur E. Maravelis (564673)