UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY W. HOWARD, <br><br> Plaintiff, <br><br> v. <br><br> TECH TRADING, INC., <br><br> Defendant. | Civil Action No. 05-11295-RWZ <br><br> **AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO DISMISS** |

I, Arthur E. Maravelis, hereby certify as follows:

1. I am an attorney at law of the Commonwealth of Massachusetts and a member of the law firm of Gibson & Behman, P.C. I serve as local counsel and am one of the attorneys responsible for handling this matter on behalf of Defendant, Tech Trading, Inc. ("Tech Trading"), and am familiar with the facts herein.

2. This Affdavit is made in support of Tech Trading's motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In addition, this Certification is made in support of Tech Trading's motion to vacate the state court's entry of default pursuant to Rule 55(c) of the Federal Rules of Civil Procedure.

3. Attached hereto as Exhibit "A" is a true and accurate copy of the Sales Representative Agreement.

4. Attached hereto as Exhibit "B" is a true and accurate copy of a June 17, 2005, Order entering default from the Clerk

of the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts.

I hereby certify that the foregoing statements made by me are true.

Sworn under the pains and penalties of perjury.

Date: June 27, 2005         By: _____
Arthur E. Maravelis (567673)
GIBSON & BEHMAN, P.C.
One Mountain Road
Burlington, Massachusetts 01803
Telephone: (781) 229-6667
Facsimile: (781) 229-2368
Attorneys for Defendant,
Tech Trading, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon Robert Kraus, Esq, Kraus & Hummel, LLP 99A Court Street, Plymouth, MA 02360 (counsel for Plaintiff) by first class mail and to the Civil Clerk, Plymouth Superior Court, Court Street, Plymouth, MA 02360 by hand delivery.

_____
Arthur E. Maravelis (564673)