UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY HOWARD,<br>    Plaintiff, | )<br>)<br>)    C.A. NO.: 05-11295-RWZ |
| v. | )<br>) |
| TECH TRADING, INC.,<br>    Defendant. | )<br>) |

STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of the Federal Rules of Civil Procedure 41(a)(1)(ii), hereby stipulate that said action be dismissed on all claims, cross claims, counterclaims, dismissing any and all counts without prejudice, without interest or costs as to contribution of any kind from any and all parties in this matter.

Dated: 8-3-05

Respectfully submitted,

By the parties,

_____
Joseph Kelleher
Kraus & Hummel, LLP
99A Court Street,
Plymouth, MA 02360
(for Plaintiff)

_____
Arthur E. Maravelis (564673)
Gibson & Behman, P.C.
One Mountain Road
Burlington, Massachusetts 01803
(781) 229-6667

MIS1225 STIP DISMISSAL